AO 442 (Rev. 11/11) Arrest Warrant

UNSEALED  9983400

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

2016 JAN 15 AM 9:32

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| STARSHEKA MIXON | ) | Case No. 2:16-CR-0010 MCE |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

**FILED**
JAN 25 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* STARSHEKA MIXON ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:287 CONSPIRACY TO SUBMIT FALSE CLAIMS

Date: 01/15/2016

*Issuing officer's signature*

City and state: Sacramento, CA

A. Benson, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/15/16 , and the person was arrested on *(date)* 1/21/16
at *(city and state)* Pinole, CA .

Date: 1/22/16

*Arresting officer's signature*

Lisa Ulrikson, Special Agent
*Printed name and title*